MICHAEL J. McCUE (Nevada Bar No. 6055)
mmccue@lrlaw.com
JONATHAN W. FOUNTAIN (Nevada Bar No. 10351)
jfountain@lrlaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169
Telephone: (702) 949-8200
Facsimile: (702) 949-8351
*Attorneys for Plaintiffs*
*BELLAGIO, LLC and*
*MIRAGE RESORTS, INCORPORATED*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BELLAGIO, LLC, a Nevada limited liability company; MIRAGE RESORTS, INCORPORATED, a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MAGNIFLEX USA, LTD., a New York corporation;<br><br>Defendant. | Case No.:  2:10-cv-01311-PMP-PAL<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AND ORDER** |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A), Plaintiff hereby dismisses this action with prejudice.  The parties shall bear their own attorneys' fees and costs.

DATED this 11th day of October, 2010.

                    LEWIS AND ROCA LLP
                      /s/ Michael J. McCue
                    MICHAEL J. McCUE (NV Bar No. 6055)
                    JONATHAN W. FOUNTAIN (NV Bar No. 10351)
                    3993 Howard Hughes Parkway, Suite 600
                    Las Vegas, Nevada  89169
                    *Attorneys for Plaintiff*
                    *BELLAGIO, LLC and*
                    *MIRAGE RESORTS, INCORPORATED*

## **ORDER**

IT IS HEREBY ORDERED that the above-referenced case be dismissed.

_____
The Honorable Phillip M. Pro
UNITED STATES DISTRICT JUDGE

Dated: October 12, 2010.